IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  vs.<br><br>DIANE L. COLE,<br><br>     Defendant. | Case №:2:26-po-00025-CSK<br><br>**O R D E R<br>WITHDRAWING THE FEDERAL<br>DEFENDER<br>AND APPOINTING CJA COUNSEL** |

Upon the Federal Defender's Motion and good cause appearing, IT IS HEREBY ORDERED granting the Federal Defender's *Motion to Withdraw* and appointing Megan Hopkins as CJA counsel effective April 6, 2026.

DATED: April 13, 2026

_____
HON. CHI SOO KIM
United States Magistrate Judge

*US v. Cole*                                     1                          Order Withdrawing the Federal
Defender and Appointing CJA Counsel