ERIC GRANT
United States Attorney
J. DOUGLAS HARMAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:26-po-00025-CSK |
| Plaintiff, | ) ) | ORDER TO DISMISS AND VACATE STATUS CONFERENCE |
| v. | ) ) | |
| DIANNE L. COLE, | ) ) | DATE:  June 17, 2026 |
| Defendant. | ) ) | TIME:  10:00 a.m. JUDGE: Honorable Chi Soo Kim |
| | ) ) ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss the violation number in Case Number 2:26-po-00025-CSK is GRANTED.

It is further ordered that the status conference scheduled on June 17, 2026, is vacated.

IT IS SO ORDERED.

Dated: ___June 1_____, 2026

_____
HON. CHI SOO KIM
United States Magistrate Judge